**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Rosemary Morillo et al., | ) | 2:10-cv-03421-JHN-OPx |
| Plaintiff, | ) | DISMISSAL BY COURT FOR FAILURE TO COMPLY WITH RULE 4(M) OF THE FEDERAL RULES OF CIVIL PROCEDURE |
| v. | ) | |
| County of Riverside et al., | ) | |
| Defendants. | ) | |

On September 10, 2010, the Court issued an Order to Show Cause re Dismissal for Failure to Prosecute [3]. A written response was ordered to be filed no later than September 24, 2010. No response has been filed. Further, the Court docket also indicates mail to Plaintiff has been returned [4].

THEREFORE, IT IS HEREBY ORDERED that the above-entitled cause is dismissed without prejudice for failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure.

Dated: September 27, 2010

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE